UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LLOYD JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>LIBERTY MUTUAL,<br><br>        Defendant. | No. 2:19-cv-02049-MCE-KJN<br><br>**RELATED CASE ORDER** |
| LLOYD DYLAN JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHEN TOGNETTI, et al.,<br><br>        Defendants. | No. 2:19-cv-02050-JAM-CKD |
| LLOYD DYLAN JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>AMBER CRUZ,<br><br>        Defendant. | No. 2:19-cv-02051-TLN-CKD |

1

The Court received the Notice of Related Cases as an Attachment to the Notice of Removal. See ECF No. 1-2. Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same defendant(s) and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:19-cv-02050-JAM-CKD, *Lloyd Dylan Jones v. Stephen Tognetti, et al.*, and 2:19-cv-02051-TLN-CKD, *Lloyd Dylan Jones v. Amber Cruz* are reassigned to District Judge Morrison C. England, Jr. and Magistrate Judge Newman for all further proceedings, and any dates currently set in these reassigned cases only are hereby **VACATED**. The captions on documents filed in the reassigned cases shall be shown as 2:19-cv-02050-MCE-KJN and 2:19-cv-02051-MCE-KJN.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: October 21, 2019

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE