|  |  |
|---|---|
| | |

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| DYLAN LLOYD JONES, | No. 2:19-cv-02049-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER OF CONSOLIDATION** |
| LIBERTY MUTUAL, | |
| Defendant. | |
| ─────────────────────────────/ | |
| LLOYD DYLAN JONES, | No. 2:19-cv-02050-MCE-KJN |
| Plaintiff, | |
| v. | |
| STEPHEN TOGNETTI, et al., | |
| Defendants. | |
| ─────────────────────────────/ | |
| LLOYD DYLAN JONES, | No. 2:19-cv-02051-MCE-KJN |
| Plaintiff, | |
| v. | |
| AMBER CRUZ, | |
| Defendant. | |
| ─────────────────────────────/ | |

1

On the Court's own motion, the Court makes the following orders:

1. Pursuant to Fed. R. Civ. P. 42, the actions denominated as 2:19-cv-02049-MCE-KJN, <u>Dylan Lloyd Jones v. Liberty Mutual</u>, 2:19-cv-02050-MCE-KJN, <u>Lloyd Dylan Jones v. Stephen Togenetti, et al.</u>, and 2:19-cv-02051-MCE-KJN, <u>Lloyd Dylan Jones v. Amber Cruz</u> are consolidated;

2. Case No. 2:19-cv-02049-MCE-KJN is designated as the "master file";

3. The Clerk of the Court is directed to add all complaints and answers filed in 2:19-cv-02050-MCE-KJN and 2:19-cv-02051-MCE-KJN to the master case;

4. The Clerk of the Court is directed to administratively close cases 2:19-cv-02050-MCE-KJN and 2:19-cv-02051-MCE-KJN;

5. The parties are directed to file all future pleadings, motions and other filings ONLY in Case No. 2:19-cv-02049-MCE-KJN.

IT IS SO ORDERED.

Dated: November 1, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE