1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
9
FOR THE EASTERN DISTRICT OF CALIFORNIA

DYLAN LLOYD JONES,

        Plaintiff,

    v.

LIBERTY MUTUAL, et al.,

        Defendants.

No. 2:19–cv–2049–MCE–KJN (PS)
No. 2:19–cv–2050–MCE–KJN (PS)
No. 2:19–cv–2051–MCE–KJN (PS)

ORDER DENYING DEFENDANTS'
MOTIONS TO STRIKE AS MOOT

(ECF Nos. 4 in each action)

      Plaintiff filed three actions in state court against Defendants, who removed to this court on October 11, 2019.  (See ECF No. 1.)  On October 17, Defendants filed motions to strike.  (See ECF No. 4.)  Twelve days later, Plaintiff filed a First Amended Complaint.  (ECF Nos. 7, 12, 13.) Federal Rule of Civil Procedure 15(a) allows for a complaint to be amended "once as a matter of course within . . . 21 days after service of a motion under Rule 12(b) . . . .").  This amendment as a matter of course renders an original complaint null.  Rhodes v. Robinson, 621 F.3d 1002, 1005 (9th Cir. 2010).

      Accordingly, IT IS HEREBY ORDERED that Defendant's pending motion to strike (ECF No. 4) is DENIED AS MOOT.  Further, since these three cases were consolidated on November 1 (ECF No. 9), the motions to strike in the case nos. 2050 and 2051 actions are also DENIED AS MOOT.  Any further Rule 12 motions addressing the three complaints may be made in one filing.

      IT IS SO ORDERED.

Dated:  November 4, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1