SEYFARTH SHAW LLP
Nicole A. Baarts (SBN 226733)
nbaarts@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

SEYFARTH SHAW LLP
Christopher J. Truxler (SBN 282354)
ctruxler@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone:   (916) 448-0159
Facsimile:    (916) 558-4839

Attorneys for Defendants
LIBERTY MUTUAL INSURANCE COMPANY,
AMBER CRUZ, AND STEPHAN TOGNETTI

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LLOYD DYLAN JONES, an individual,<br><br>           Plaintiff,<br><br>    v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, *et al*.<br><br>           Defendants. | Case No. 2:19-cv-02049-MCE-KJN (PS)<br>           2:19-cv-02050-MCE-KJN (PS)<br>           2:19-cv-02051-MCE-KJN (PS)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEYS' FEES** |

1  Having reviewed Defendant Liberty Mutual Insurance Company's Motion for Attorneys' Fees (ECF No. 39) and Notice of Plaintiff's Non-Opposition (ECF No. 50) to Defendant's Motion for Attorneys' Fees, and good cause appearing, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion for Attorneys' Fees (ECF No. 39) is **GRANTED** and Defendant Liberty Mutual Insurance Company is **AWARDED** $19,467.00 in attorneys' fees against Plaintiff Lloyd Dylan Jones.

IT IS SO ORDERED.

Dated: June 19, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE